IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| OPERATING ENGINEERS CONSTRUCTION INDUSTRY AND MISCELLANEOUS PENSION FUND, | § § § § | No. 368, 2025 |
| Plaintiff-Below, Appellant, | § § § | Court Below: Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2024-0101 |
| PIONEER NATURAL RESOURCES COMPANY, | § § § | |
| Defendant-Below, Appellee. | § § | |

Submitted: February 25, 2026
Decided: March 11, 2026

Before **SEITZ**, Chief Justice; **VALIHURA**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 11th day of March 2026, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Letter Opinion dated July 28, 2025;

NOW THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice